UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2926-DUBE

UNITED STATES OF AMERICA

vs.

NARVIN BEHARRY,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

BY: _____
        DUSTIN M. DAVIS
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501193
        99 N. E. 4th Street
        Miami, Florida  33132-2111
        TEL (305) 961-9083
        FAX (305) 530-7976

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

NARVIN BEHARRY

CRIMINAL COMPLAINT

CASE NUMBER: 08-2926-DUBE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 13, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant, NARVIN BEHARRY, did knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution in the State of Florida for the crime of attempted premeditated murder with a firearm/deadly weapon and aggravated battery, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

ROBERT W. McCARTHY, TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed in my presence,

JULY 14, 2008       at    Miami, Florida
Date                      City and State

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

## **AFFIDAVIT**

I, **Robert W. McCarthy**, being duly sworn on oath, deposes and states as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been a Law Enforcement Officer in the State of Florida for the past twenty four years. I am assigned to the Violent Crime / Fugitive Task Force.

2. All of the information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

3. This affidavit is submitted in support of application for a criminal complaint charging Narvin BEHARRY with intent to avoid confinement for a felony under the laws of the State of Florida.

4. By letter dated June 28, 2007, addressed to the FBI Violent Crime / Fugitive Task Force, Miami Florida, Barbra G. Pineiro, State Attorney, 11th Judicial Circuit, Miami-Dade County, Florida, requested the assistance of the FBI under the Unlawful Flight to Avoid Confinement (UFAC) statute, Title 18 Section 1073, to locate and apprehend Narvin BEHARRY who is being sought by the County of Miami-Dade, state of Florida for, Attempted Premeditated Murder with a Firearm / Deadly Weapon and Aggravated Battery

5. On September 13, 2007 an arrest warrant was issued by Circuit Court Judge Jacqueline Scola, 11th Judicial Circuit, Miami-Dade County, Florida, charging Narvin BEHARRY with, Attempted Premeditated Murder with a Firearm / Deadly Weapon and Aggravated Battery.

6. Since the issuance of the warrants for Narvin BEHARRY arrest, he has avoided apprehension by the Miami-Dade Police Department and remains at large.

7. Miami-Dade Police Department received information from Narvin BEHARRY's attorney that Narvin BEHARRY fled to Trinidad and was not returning until a deal could be worked out with state authorities. Narvin BEHARRY is described as a black male, date of birth: 03/07/1978, SSAN: xxx-xx-0280, 5' 7" tall, weight 160 lbs with no hair (bald), and brown eyes.

8. The Miami-Dade County State Attorney's Office has indicated that it will pursue extradition from any location once Narvin BEHARRY is apprehended and will further bear all expenses arising there from.

9. Based upon the above, your affiant has probable cause to believe that Narvin BEHARRY has fled the State of Florida to avoid confinement for the crimes of Attempted Premeditated Murder with a Firearm / Deadly Weapon and Aggravated Battery in violation of Florida State Statutes, and that he is currently residing outside the borders of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROBERT W. MCCARTHY, TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed
this 14th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE